## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Frank J Fata

                              Plaintiff,

v.                                                         Case No.: 1:00–cv–01768
                                                           Honorable Rebecca R. Pallmeyer

Airco Inc./The Boc Group, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2014:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's counsel has reported by telephone that a stipulation of dismissal will be filed dismissing this action. The status hearing set for 1/27/14 is stricken. Stipulation of dismissal is to be filed by the end of business Monday, 1/27/14.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.