**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Frank J Fata
                                Plaintiff,

v.                                                        Case No.: 1:00–cv–01768
                                                       Honorable Rebecca R. Pallmeyer

Airco Inc./The Boc Group, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation of dismissal of action, this cause is dismissed without prejudice with each party bearing its own costs. Civil case terminated. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.